ASHLEY D. POSNER (California Bar No.: 106195)
Email: ashleyposner@gmail.com
POSNER LAW CORPORATION
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Telephone No. (310) 475-8520
Facsimile No. (818) 986-2203

Attorneys for Defendant
TRINITY INFO MEDIA, LLC
f/k/a TRINITY INTEL MEDIA, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY INFO MEDIA, LLC f/k/a TRINITY INTEL MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COVALENT, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01360-CAS-JEM<br><br>**MOTION TO ACCEPT PRO HAC VICE ATTORNEY'S DECLARATION OF GOOD STANDING, or, in the alternative, TO EXTEND TIME FOR PRO HAC VICE ATTORNEY TO OBTAIN CERTIFICATE OF GOOD STANDING** |

The undersigned, counsel of record for Plaintiff TRINITY INFO MEDIA, LLC f/k/a TRINITY INTEL MEDIA, LLC, hereby files this motion to accept Pro Hac Vice attorney Gregory L. Hillyer's declaration certifying his good standing in Pennsylvania, or in the alternative, to grant plaintiff sufficient time to obtain a certificate from the Pennsylvania State Bar. In support of this motion, Plaintiff states the following:

As set forth in the Declaration of Gregory L. Hillyer, the Pro Hac Vice attorney counsel seeks to designate, the Pennsylvania State Bar has limited the issuance of certificates of good standing to mail in requests as a result of the Covid-19 pandemic. Based upon the deadline established by the Court, attorney Hillyer supplied his declaration explaining why he could not include a certificate of good

standing in Pennsylvania and provided evidence of his good standing as demonstrated by the Pennsylvania State Bar's website, as well as asserting under penalty of perjury that he is in fact in good standing in that state.  Certificates of good standing for all other states of admission were properly included with the original application.

    For the foregoing reasons, Plaintiff seeks an order accepting Attorney Hillyer's declaration certifying his own good standing in Pennsylvania, or, in the alternative, an extension of time sufficient to enable him to obtain a certificate from the Pennsylvania State Bar by U.S. Mail.

Respectfully submitted,

Dated: February 25, 2021                         POSNER LAW CORPORATION

By:   /s/ Ashley D. Posner

Ashley D. Posner,
Attorneys for Defendant
Ace Anaheim Building LLC

-2-
MOTION TO ACCEPT DECLARATION OF GOOD STANDING
OR EXTEND TIME TO FILE PRO HAC VICE APPLICATION