Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Defendant*
*Covalent, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY INFO MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COVALENT, INC.,<br><br>　　　　Defendant. | Case No. 2:21-CV-01360-JWH-MRW<br><br>**DEFENDANT COVALENT, INC.'S NOTICE OF MOTION AND RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Judge: Hon. John W. Holcomb<br>**Hearing Date**: June 11, 2021<br>**Time**: 9:00 a.m.<br>**Courtroom**: 2 |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 11, 2021, at 9:00 a.m. or as soon thereafter as this motion may be heard, in Courtroom 2 of the United States District Court for the Central District of California, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, California 92501, the Honorable John W. Holcomb presiding, Defendant Covalent, Inc. ("Covalent") will and hereby does respectfully move for an Order dismissing Plaintiff Trinity Info Media, LLC's ("Trinity") First Amended Complaint for patent infringement against Covalent pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Covalent's Motion is based on the ground that all asserted claims of the patents-in-suit are invalid under 35 U.S.C. § 101, because they claim patent

ineligible subject matter.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on May 5, 2021. This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings on file in this action, and all such further evidence and argument as may be submitted in responsive briefing or at oral argument.

DATED:  May 12, 2021    Respectfully submitted,

THE MCARTHUR LAW FIRM, PC

By: */s/ Stephen McArthur*
Stephen McArthur
Thomas Dietrich
*Attorneys for Defendant
Covalent, Inc.*

# CERTIFICATE OF SERVICE

Case Name: *Trinity Info Media, LLC v. Covalent, Inc.*
Case No.: 2:21-cv-01360-JWH-MRW

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DEFENDANT COVALENT, INC.'S NOTICE OF MOTION AND RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

on the following parties by electronically filing the foregoing on May 12, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Ashley D. Posner                    *Attorneys for Defendant*
Posner Law Corporation
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Tel. (310) 475-8520
ashleyposner@gmail.com

Gregory L. Hillyer
Hillyer Legal, PLLC
5335 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Tel. (202) 686-2884
ghillyer@hillyerlegal.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/12/2021        By: */s/ Thomas Dietrich*
                            Thomas Dietrich