UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRINITY INFO MEDIA, LLC, | Case No. 2:21-CV-01360-JWH-MRW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT COVALENT, INC.'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | |
| COVALENT, INC., | |
| Defendant. | Judge: Hon. John W. Holcomb<br>**Hearing Date**: June 11, 2021<br>**Time**: 9:00 a.m.<br>**Courtroom**: 2 |

The Court has considered Defendant Covalent, Inc.'s ("Covalent") Motion to Dismiss Plaintiff Trinity Info Media, LLC's ("Trinity") First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion").

Having considered Covalent's Motion and all documents in support of the Motion, being fully advised in the matter, and good cause appearing, the Court finds that Plaintiff Trinity has failed to state a claim upon which relief can be granted.

In its First Amended Complaint, Trinity has alleged that Covalent is infringing Claims 1-3, 8, and 10 of U.S. Patent No. 9,087,321 (the "'321 Patent") and Claims 2, 3, 12-14, 16, 17, 20-22, 24, and 25 of U.S. Patent No. 10,936,685 (the "'685 Patent") (collectively, the "Asserted Claims").

1  The Court finds that each and every one of the Asserted Claims of the '321 Patent and '685 Patent are invalid under 35 U.S.C. § 101, because they claim non-patentable subject matter. Consequently, none of the Asserted Claims can form the basis for a valid patent infringement claim. The Court further finds that Trinity cannot remedy these defects by further amending its pleading.

Accordingly, Defendant Covalent's Motion to Dismiss Plaintiff Trinity's First Amended Complaint for failure to state a claim pursuant to Rule 12(b)(6) is GRANTED. Plaintiff's First Amended Complaint is dismissed with prejudice.

DATED: _____

Honorable John W. Holcomb