JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY INFO MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COVALENT, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01360-JWH-MRW<br><br>**JUDGMENT** |

In accordance with the Order on Motion to Dismiss for Failure to State a Claim entered concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered as follows:

1. This Court has personal jurisdiction over the parties and has subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 1338.

2. Judgment is entered in **FAVOR** of Defendant Covalent, Inc. and **AGAINST** Plaintiff Trinity Info Media, LLC. Plaintiff shall take nothing by way of its First Amended Complaint.

3. Count I (Patent Infringement of the '321 Patent under 35 U.S.C. § 271) and Count II (Patent Infringement of the '685 Patent under 35 U.S.C. § 271) in Plaintiff's Amended Complaint are **DISMISSED** under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim, **without leave to amend**. This action is **DISMISSED with prejudice**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 23, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE